UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOA VAN LE,<br><br>           Petitioner,<br><br>   v.<br><br>MARK BOWEN, *et al.*,<br><br>           Respondents. | Case No. 5:25-cv-03586-CV (BFM)<br><br>**ORDER ISSUING PRELIMINARY INJUNCTION PURSUANT TO ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION [10]** |

      On January 9, 2026, the Court issued a Temporary Restraining Order ("TRO"), which (1) ordered Respondents to immediately release Petitioner subject to the conditions of his prior order of supervision, and enjoined Respondents from re-detaining Petitioner without compliance with 8 U.S.C. § 241.4(l) and 8 U.S.C. § 241.13(i), and (2) enjoined Respondents from transferring, relocating, or removing Petitioner outside of the Central District of California pending final resolution of this case or further order of the Court, unless executing a final order of removal issued against Petitioner. Doc. # 10 at 9. The TRO also ordered Respondents to show cause why a preliminary injunction should not issue by January 16, 2026, and noted that Respondents' failure to do so would "be deemed as consent to the granting of a Preliminary Injunction." *Id.*

Respondents did not file a response to the order to show cause by the January 16, 2026 deadline. Accordingly, the Court issues a Preliminary Injunction and ORDERS as follows:

1. Respondents are ordered to immediately release Petitioner from custody, subject to the conditions of his prior order of supervision, and are enjoined from re-detaining Petitioner without compliance with 8 U.S.C. § 241.4(l) and 8 U.S.C. § 241.13(i);

2. To preserve the Court's jurisdiction, respondents are enjoined from transferring, relocating, or removing Petitioner outside of the Central District of California pending final resolution of this case or further order of the Court, unless executing a final order of removal issued against Petitioner.

**IT IS SO ORDERED.**

Dated: 1/21/26

*Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE