**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HOA VAN LE,<br><br>         Petitioner,<br><br>         v.<br><br>MARK BOWEN, *et al.*,<br><br>         Respondents. | Case No. 5:25-cv-03586-CV-ACCV<br><br>**ORDER ACCEPTING IN PART FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the parties' briefing, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in *de novo* review of those portions of the Report to which Petitioner has objected. The Court accepts the findings of the Magistrate Judge, but modifies the recommendation as set forth below.

IT IS THEREFORE ORDERED that: (1) Judgment be entered GRANTING the Petition; (2) a writ of habeas corpus is issued prohibiting Petitioner's re-detention without compliance with 8 U.S.C. § 241.4(l) and 8 U.S.C. § 241.13(i).

DATED: 7/1/26

*Cynthia Valenzuela*
_____
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE