JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

HOA VAN LE,

       Petitioner,

       v.

MARK BOWEN, *et al.*,

       Respondents.

Case No. 5:25-cv-03586-CV-ACCV

**JUDGMENT**

      Pursuant to the Order Accepting in Part Findings and Recommendation of United States Magistrate Judge,

      IT IS HEREBY ADJUDGED that the petition under 28 U.S.C. § 2241 is granted, with no further proceedings, consistent with the reasons and findings set forth in the May 13, 2026 Report and Recommendation of United States Magistrate Judge. Dkt. No. 22.

DATED:  7/1/26

_Cynthia Valenzuela_

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE